M. TREVOR LYONS
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-1100
Fax: (973) 757-1090
*Attorney for Defendants*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JONATHAN VARGAS, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUN MERRY USA INC. d/b/a SUNMERRY BAKERY AND CAFÉ, PEI-HSUAN KAO, and JOHN DOES 1-5,<br><br>Defendants. | Civil Action No. 2:19-cv-1167<br><br>**NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT**<br><br>**Return date: September 3, 2019**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on September 3, 2019, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Sun Merry USA Inc. d/b/a Sunmerry Bakery and Café and Pei-Hsuan Kao shall move before the Honorable Madeline Cox Arleo, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an Order approving the parties' negotiated settlement of the claims asserted in Plaintiff's Complaint, including his claim for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Plaintiff joins in this Motion.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the parties will rely upon the accompanying Brief submitted herewith, the Declaration of M. Trevor Lyons, and any

other supporting papers submitted thereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Stipulation and Order of Dismissal, signed by counsel for both parties, is also submitted herewith for the Court's consideration and attached as Exhibit A to the parties' Settlement Agreement, which is Exhibit A to the Declaration of M. Trevor Lyons.

Dated: July 29, 2019                    WALSH PIZZI O'REILLY FALANGA LLP

*s/ M. Trevor Lyons*
M. Trevor Lyons
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*